**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date: March 5, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: Michelle Means | |

**CASE NO. 14-cr-00204-RM**

<u>Parties</u>                                                                                                    <u>Counsel</u>

UNITED STATES OF AMERICA,                                                      Bradley Giles

      Plaintiff,

v.

4. MARCUS MARLER,                                                                         Jonathan Willett

      Defendant.

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:**     **9:02 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on November 20, 2014, to Count 1 of the Information. The Court formally accepts the Plea Agreement at this hearing.

Discussion held and argument given regarding pending motions and objections to the Presentence Investigation Report.

Court states its findings and conclusions regarding Defendant's objections to the Presentence Investigation Report.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Larissa Kochis addresses the Court.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Government's Rule 48 Motion to Dismiss the Indictment (Doc. #1) and the Superseding Indictment (Doc. #181) as to Defendant Marcus Marler (Doc. No. 321) is GRANTED.

**ORDERED:** Motion for Non-Guideline Sentence (Variance) (Doc. No. 382) is DENIED.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Marcus Marler, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **96** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado at the appropriate level as determined by the Bureau of Prisons.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **four (4) years**.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions that have been adopted by the Court.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay

|     |     |
| --- | --- |
|     | the cost of treatment as directed by the probation officer. |
| (**X**) | Defendant shall participate in and successfully complete a program of mental health treatment, including a program for domestic violence, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  Defendant will be required to pay the cost of treatment as directed by the probation officer. |
| (**X**) | Defendant shall submit his person, property, house, residence, papers, or office to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. |
| (**X**) | Defendant shall comply with the terms and conditions for payment of the special assessment, restitution, or fine imposed by this judgment. |
| (**X**) | Defendant shall pay any **special assessment, restitution, or fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. |

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **10:36 a.m.**
Hearing concluded.
Total time:   1:34