**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore**

Criminal Action No. 14-cr-00204-RM-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4) MARCUS MARLER,

    Defendant.

___

**ORDER TO DISMISS THE INDICTMENT (Doc. #1) AND
THE SUPERSEDING CRIMINAL INDICTMENT (Doc. #181)
AS TO DEFENDANT MARCUS MARLER**
___

The Court has reviewed the Motion (Doc. #321) of the United States of America, by United States Attorney John F. Walsh, through Assistant United States Attorney Bradley W. Giles (the Government), filed pursuant to Fed.R.Crim.P. 48(a), petitioning this Court to dismiss all counts in the Criminal Indictment (Doc. #1) and the Superseding Criminal Indictment (Doc. #181) against defendant Marcus Marler (Motion).

The Court takes notice of the contents of the file in this case.

Being sufficiently advised in the premises, the Court finds and concludes that the Motion has merit and shall be granted.

Accordingly, all counts in the Criminal Indictment (Doc. #1) and the Superseding Criminal Indictment (Doc. #181) in relation to the above-captioned matter are hereby dismissed as to defendant Marcus Marler.

It is so ORDERED.

DATED this 5th day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge