# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00204-RM-4
Civil Action No. 16-cv-00423-RM

MARCUS MARLER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of Judge Raymond P. Moore (Doc. 572) it is

ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. 571) is DENIED. It is

FURTHER ORDERED that the civil action 16-cv-00423-RM is dismissed.

Dated at Denver, Colorado this 23rd day of February, 2016.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                           By: s/   Cathy Pearson

                                  Cathy Pearson
                                  Deputy Clerk